J-A20035-24

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| DEMETRIOS TSAROUHIS | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MELANIE CATRICKES | : | No. 604 EDA 2024 |

Appeal from the Order Entered January 26, 2024
In the Court of Common Pleas of Lehigh County
Civil Division at No(s): 2011-FC-1577

BEFORE: LAZARUS, P.J., PANELLA, P.J.E., and DUBOW, J.

CONCURRING STATEMENT BY PANELLA, P.J.E.: **FILED OCTOBER 30, 2024**

In footnote 26, the trial court judiciously observed the following: "The Court is keenly aware of Mother's refusal to follow the previous custody orders, and there is certainly the risk that she will continue to refuse to do so. Should Mother refuse to follow the custody order entered contemporaneously herewith, the Court will consider removing Daughters from her custody." Trial Court Opinion, 1/26/24, at 45 n.26. This position is strongly supported by the record and I commend the trial court for this finding. Hopefully, this drastic action will not be necessary, but if Mother's conduct continues to be in contempt of court orders, I fully support the trial court's position in removing Daughters from her custody.

PJ Lazarus joins this concurring statement.